## United States District Court
## Violation Notice  (Rev.1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| KE21 | F0BH0053 | Little | 2554 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☐ STATE CODE |
|---|---|
| 10/24/2025 11:46 | FED 36CFR261.6A |

Place of Offense
Trace Branch Road

Offense Description: Factual Basis for Charge    HAZMAT ☐
Cutting White Oak Trees

### DEFENDANT INFORMATION    Phone: 606-310-3959

| Last Name | First Name | M.I. |
|---|---|---|
| Gibson | William | K |

Street Address
4444 BEECH GROVE RD

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Stearns | KY | 42647 | 07/20/1977 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| G93516706 | | KY | |

☒ Adult ☐ Juvenile | Sex ☒ M ☐ F

| Hair | Eyes | Height | Weight |
|---|---|---|---|
| Brown | Brown | 5' 11" | 150 |

### VEHICLE    VIN:    CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | | | / | | |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See Instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See Instructions. |

| | Forfeiture Amount |
|---|---|
| | $ 30.00    Processing Fee |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov ➔ | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 310 South Main Street, London, Kentucky 40701 | |
| | Time (hh:mm)  09:30 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt.I promise to appear for the hearing at the time and and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Officer's Copy (Pink)

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _10/24/2025_ while exercising my duties as a law enforcement officer in the _Eastern_ District of _KY_

Pursuant to 16USC 551: On September 4, 2025, at approximately 16:40 hours, U.S. Forest Service Law Enforcement Officer (LEO) Raymond LITTLE located two mature white oak trees (Quercus alba) that had been cut along Trace Branch Road in the Stearns Ranger District of the Daniel Boone National Forest. One of the trees had originally fallen on its own prior to being cut up into log sections. The tops of the trees were left intact and not taken for firewood. This is consistent with subjects cutting and removing only the more profitable trunk logs of the tree. White oak trees are very valuable and sought after for their use as barrel staves for the bourbon industry. LEO LITTLE covertly marked the logs with a law enforcement sensitive technique for future identification.

On October 6, 2025, LEO LITTLE returned to the location and observed that one of the white oak logs had been removed. He canvassed the area and spoke with a subject who stated that they had recently seen a two-toned maroon Chevrolet truck transporting a log along Beech Grove Road. LEO LITTLE was familiar with a maroon two-toned Chevrolet truck driven by Justin ELDRIDGE. He and his uncle, William GIBSON, live at 4444 Beech Grove Road, which is approximately 0.8 miles from the intersection of Trace Branch Road. During interviews with GIBSON and ELDRIDGE on October 6th, 7th, and 24th, both subjects confessed that they cut and removed portions of the trees on Trace Branch Road for firewood. ELDRIDGE stated that he did not sell the white oak log to a mill and had transported the log to a subject for use as firewood. Neither GIBSON or ELDRIDGE have a valid firewood collection permit.

On October 24, 2025, LEO LITTLE visited the address of the residence provided by ELDRIDGE where the log was taken and examined the firewood pile with the property owner's permission. LEO LITTLE observed that the diameter of the firewood rounds was smaller in diameter than the white oak log removed from Trace Branch Road. LEO LITTLE also found no evidence of the covert marking technique. Upon speaking with owner of the firewood, LEO LITTLE confirmed that ELDRIDGE did bring him some firewood but that he had not brought a log to his property. He also stated that the wood ELDRIDGE delivered was already cut and bucked into firewood length sections.

LEO LITTLE issued GIBSON and ELDRIDGE violation notices for 36 CFR 261.6(a), Cutting or otherwise damaging any timber, tree, or other forest product, except as authorized by a special use authorization, timber sale contract, or Federal law or regulation and 36 CFR 261.6(h), Removing any timber, tree, or other forest product, except as authorized by a special-use authorization, timber sale contract, or Federal law or regulation.

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:

| 10/24/2025 | |
|---|---|
| Date (mm/dd/yyyy) | Officer's Signature |

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:

| | |
|---|---|
| Date (mm/dd/yyyy) | U.S. Magistrate Judge |

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;    CMV = Commercial vehicle involved in incident